# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RHONDA ANN HARRELL | § |
| | §  Civil Action No. 4:20-CV-136 |
| v. | §  (Judge Mazzant/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Rhonda Ann Harrell's Motion for Attorney Fees Under the Equal Access to Justice Act (Dkt. #17) and the Commissioner's Response (Dkt. #19), wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #17) is **GRANTED**, and the Commissioner is directed to pay eight thousand one hundred sixty-four dollars and fifty-eight cents ($8,164.58) in attorney's fees. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

SIGNED this 1st day of July, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE